UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **LABRITTANY HASSEN** | **CASE NO. 3:23-CV-01027** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CHRIS BOWMAN ET AL** | **MAGISTRATE JUDGE PEREZ-MONTES** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge [Doc. No. 120] previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the Objection [Doc. No. 121] filed by Plaintiff LaBrittany Hassen ("Plaintiff") to the Report and Recommendation in the record,

**IT IS ORDERED, ADJUDGED, AND DECREED** that CLHG-Ruston LLC, doing business as, Northern Louisiana Medical Center's ("NLMC") Motion to Dismiss [Doc. No. 101] is **GRANTED**.

**IT IS FURTHER ORDERED** that NLMC's Motion for Reconsideration [Doc. No. 114] is **DENIED**.

THUS DONE AND SIGNED in chambers this 11th day of June, 2025.

.

Terry A. Doughty
United States District Judge